# EXHIBIT 2

**IN THE COUNTY COURT OF THE TENTH JUDICIAL DISTRICT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION**

CASE NO.: 2018SC-002086-0000-WH

SALLIE V. E. GREEN

    Plaintiff,

vs.

SYNCHRONY BANK,

    Defendant.
_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on this date Defendant Synchrony Bank, by and through undersigned counsel, filed a Notice of Removal in the above-captioned matter in the United States District Court for the Middle District of Florida.  A copy of the Notice of Removal is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

DATED:  May 31, 2018

                         Respectfully submitted,

                         /s/ *Brandon White*
                         Brandon T. White, Esq.
                         Florida Bar No. 106792
                         Email: bwhite@reedsmith.com
                         **REED SMITH LLP**
                         1001 Brickell Bay Drive, 9th Floor
                         Miami, FL 33131
                         Telephone: (786) 747-0222
                         Facsimile: (786) 747-0299
                         *Attorneys for Synchrony Bank*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on *May 31, 2018*, a true and correct copy of the foregoing was filed and sent via electronic service using the portal system with the Florida Courts eFiling Portal which sent e-mail notification of such filing in accordance with Rule 2.516 Fla. R. Jud. Admin. to:

EVA M. DONAHUE, ESQ.
P. O. Box 5074
Lakeland, Florida 33807-5074
Telephone No.: 863 687-6400
Email: info@emdlawfirm.com

*/s/ Brandon T. White*
Brandon T. White, Esq.